WILLIE WEAVER
J-91389 B-3-213
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M        $ 00.
0004217666   FEB 28
MAILED FROM ZIP CODE 9

CONFIDENTIAL
LEGAL MAIL

9410213661

CASE NO, CV-07-0[
JW (PR).
IN THE UNITED STAT
DISTRICT COURT FOR
NORTHERN DISTRICT
CALIFORNIA 450 GOL
GATE AVENUE
SAN FRANCISCO, CA